FILED
DEC 3 1 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Alejandro PEREZ Defendant. | MAGISTRATE CASE No: '07 MJ 9003<br>COMPLAINT FOR VIOLATION OF 8 U.S.C. § 1324(a)(2)(B)(iii) Bringing In Illegal Aliens Without Presentation (Felony) |

The undersigned complainant, being duly sworn, states:

That on December 28, 2007, within the Southern District of California, defendant Alejandro PEREZ, with the intent to violate immigration laws of the United States, knowing and in reckless disregard of the fact that seventeen aliens, namely, Jin Bin ZHENG, Xu Xian DONG, Zeng Biao WANG, Qiang Shou ZHENG, Hua HE, Wen Zhong LUI, Chun Shan JIANG, Li Jian JIANG, Wei Hua ZHENG, Feng YANG, Wei WANG, L.C, Fei JIANG, Yi Di XU, Jin Hua LU, An Ping CHEN, and Qu CHENYUN , had not received prior official authorization to come to, enter and remain in the United States, did bring to the United States said alien and upon arrival did not bring and present said aliens immediately to a Customs Border Protection Officer at the designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached Statement of facts, which is incorporated herein by reference.

Figueroa

Izabel Figueroa, CBP
Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 31[th] DAY OF DECEMBER 2007.

Peter C. Lewis
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Alejandro PEREZ

Probable Cause

I, Customs Border Protection Enforcement Officer Izabel Figueroa, declare under penalty of perjury, the following is true and correct:

On December 28, 2007, at approximately 01:30 A.M., Alejandro PEREZ arrived at the Calexico, California, West Port of Entry, as the driver of a 1979 Ford Econoline.

During the primary inspection, PEREZ gave a negative Customs declaration to the primary United States Customs and Border Protection Officer (CBPO) Daniel Pizano. CBPO Pizano stated that PEREZ claimed to be a United States Citizen and had lost his wallet and identification. PEREZ stated that the van was registered in his name and when asked for the registration PEREZ pulled out his wallet with registration. Conducting vehicle crossing queries, CBPO Pizano discovered only one crossing and opted to escort the vehicle into secondary for further inspection.

In secondary inspection PEREZ exited the vehicle and attempted to abscond north when he was apprehended by CBPO Ceja and several CBP Officers. PEREZ was placed in handcuffs and escorted to the vehicle secondary office. Conducting inspection of the vehicle it was discovered that three females and fourteen male Chinese citizens, later identified as, Jin Bin ZHENG, Xu Xian DONG, Zeng Biao WANG, Qiang Shou ZHENG, Hua HE, Wen Zhong LUI, Chun Shan JIANG, Li Jian JIANG, Wei Hua ZHENG, Feng YANG, Wei WANG, L.C (minor), Fei JIANG, Yi Di XU, Jin Hua LU, An Ping CHEN, and Qu CHENYUN, were attempting to elude inspection by concealment under blankets located in the rear cargo area of the vehicle. PEREZ and Jin Bin ZHENG, Xu Xian DONG, Zeng Biao WANG, Qiang Shou ZHENG, Hua HE, Wen Zhong LUI, Chun Shan JIANG, Li Jian JIANG, Wei Hua ZHENG, Feng YANG, Wei WANG, L.C (minor), Fei JIANG, Yi Di XU, Jin Hua LU, An Ping CHEN, and Qu CHENYUN were taken to the Port Enforcement Team for further disposition.

UNITED STATES OF AMERICA
v.
Alejandro PEREZ

PEREZ was placed under arrest and advised of his rights per Miranda in the Spanish language by United States Customs and Border Protection Enforcement Officer (CBPOE) Izabel Figueroa and witnessed by Immigration Customs Enforcement Special Agent Luis Sanez. PEREZ said he understood his rights and would answer questions without an attorney present.

PEREZ stated he was aware the vehicle he was driving had undocumented aliens concealed in the rear cargo area of the vehicle. PEREZ stated a friend named "Jose" asked him if he wanted to come across and cross a vehicle with some people into the United States. PEREZ stated that he agreed and that he was going to get paid $5000 to bring them in. PEREZ also stated that he was going to stop at the first gasoline station in Calexico, Ca were "Jose" would meet up with him and take the vehicle.

Material Witness Jin Bin ZHENG stated that he is a citizen and national of China with no legal entry documents to enter, reside or pass through the United States. Jin Bin ZHENG stated that his family had made the smuggling arrangements to have him smuggled into the United States illegally. Jin Bin ZHENG stated that his family was to pay an unknown amount to be smuggled into the United States and that his final destination was to be New York City, NY were he was to seek employment.

Material Witness Xu Xian DONG stated that he is a citizen and national of China with no legal entry documents to enter, reside or pass through the United States. Xu Xian DONG admitted that he had made the smuggling arrangements to be smuggled into the United States illegally. Xu Xian DONG stated he was going pay $70,000 to be smuggled into the United States and that his final destination was to be New York City, NY were he was to seek employment.

Material Witness Zeng Biao WANG stated that he is a citizen and national of China with no legal entry documents to enter, reside or pass through the United States. Zeng Biao WANG stated that his family had made the smuggling arrangements to have him smuggled into the United States illegally. Zeng Biao WANG stated that his family was to pay an unknown

UNITED STATES OF AMERICA
v.
Alejandro PEREZ

amount to be smuggled into the United States and that his final destination was to be New York City, NY were he was to seek employment.

Material Witness Qiang Shou ZHENG stated that he is a citizen and national of China with no legal entry documents to enter, reside or pass through the United States. Qiang Shou ZHENG stated that his family had made the smuggling arrangements to have him smuggled into the United States illegally. Qiang Shou ZHENG stated that his family was to pay several ten thousand dollars to be smuggled into the United States and that his final destination was to be New York City, NY were he was to seek employment.

Material Witness Hua HE stated that he is a citizen and national of China with no legal entry documents to enter, reside or pass through the United States. Hua HE stated that his family had made the smuggling arrangements to have him smuggled into the United States illegally. Hua HE stated that his family was to pay an unknown amount to be smuggled into the United States and that his final destination was to be New York City, NY were he was to seek employment.

Material Witness Wen Zhong LIU stated that he is a citizen and national of China with no legal entry documents to enter, reside or pass through the United States. Wen Zhong LIU stated that his family had made the smuggling arrangements to have him smuggled into the United States illegally. Wen Zhong LIU stated that his family was to pay an unknown amount to be smuggled into the United States and that his final destination was to be New York City, NY were he was to seek employment.

Material Witness Chun Shan JIANG stated that he is a citizen and national of China with no legal entry documents to enter, reside or pass through the United States. Chun Shan JIANG stated that his family had made the smuggling arrangements to have him smuggled into the United States illegally. Chun Shan JIANG stated that his family was to pay an unknown amount to be smuggled into the United States and that his final destination was to be New York City, NY were he was to seek employment.

UNITED STATES OF AMERICA
v.
Alejandro PEREZ

Material Witness Li Jain JAING stated that he is a citizen and national of China with no legal entry documents to enter, reside or pass through the United States. Li Jain JAING stated that his family had made the smuggling arrangements to have him smuggled into the United States illegally. Li Jain JAING stated that his family was to pay an unknown amount to be smuggled into the United States and that his final destination was to be New York City, NY were he was to seek employment.

Material Witness Wei Hua ZHENG stated that he is a citizen and national of China with no legal entry documents to enter, reside or pass through the United States. Wei Hua ZHENG stated that his family had made the smuggling arrangements to have him smuggled into the United States illegally. Wei Hua ZHENG stated that his family was to pay an unknown amount to be smuggled into the United States and that his final destination was to be New York City, NY were he was to seek employment.

Material Witness Feng YANG stated that he is a citizen and national of China with no legal entry documents to enter, reside or pass through the United States. Feng YANG stated that his family had made the smuggling arrangements to have him smuggled into the United States illegally. Feng YANG stated that his family was to pay an unknown amount to be smuggled into the United States and that his final destination was to be New York City, NY were he was to seek employment.

Material Witness Wei WANG stated that he is a citizen and national of China with no legal entry documents to enter, reside or pass through the United States. Wei WANG stated that his family had made the smuggling arrangements to have him smuggled into the United States illegally. Wei WANG stated that his family was to pay an unknown amount to be smuggled into the United States and that his final destination was to be New York City, NY were he was to seek employment.

Material Witness L.C. (minor) stated that he is a citizen and national of China with no legal entry documents to enter, reside or pass through the United States. L.C. (minor) stated that his family had made the smuggling

UNITED STATES OF AMERICA
v.
Alejandro PEREZ

arrangements to have him smuggled into the United States illegally. L.C. (minor)stated that his family was to pay an unknown amount to be smuggled into the United States and that his final destination was to be New York City, NY were he was to seek employment.

Material Witness Fei JIANG stated that he is a citizen and national of China with no legal entry documents to enter, reside or pass through the United States. Fei JIANG stated that his family had made the smuggling arrangements to have him smuggled into the United States illegally. Fei JIANG stated that his family was to pay an unknown amount to be smuggled into the United States and that his final destination was to be New York City, NY were he was to seek employment.

Material Witness Yi Di XU stated that he is a citizen and national of China with no legal entry documents to enter, reside or pass through the United States. Yi Di XU stated that his family had made the smuggling arrangements to have him smuggled into the United States illegally. Yi Di XU stated that his family was to pay an unknown amount to be smuggled into the United States and that his final destination was to be New York City, NY were he was to seek employment.

Material Witness Jin Hua LU stated that she is a citizen and national of China with no legal entry documents to enter, reside or pass through the United States. Jin Hua LU stated that her family had made the smuggling arrangements to have her smuggled into the United States illegally. Jin Hua LU stated that her family was to pay an unknown amount to be smuggled into the United States and that her final destination was to be New York City, NY were he was to seek employment.

Material Witness An Ping CHEN stated that she is a citizen and national of China with no legal entry documents to enter, reside or pass through the United States. An Ping CHEN stated that her family had made the smuggling arrangements to have her smuggled into the United States illegally. An Ping CHEN stated that her family was to pay an unknown amount

UNITED STATES OF AMERICA
v.
Alejandro PEREZ

to be smuggled into the United States and that her final destination was to be New York City, NY were he was to seek employment.

Material Witness Qu CHENYUN stated that she is a citizen and national of China with no legal entry documents to enter, reside or pass through the United States. Qu CHENYUN stated that her family had made the smuggling arrangements to have her smuggled into the United States illegally. Qu CHENYUN stated that her family was to pay an unknown amount to be smuggled into the United States and that her final destination was to be New York City, NY were he was to seek employment.

\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\
\\

UNITED STATES OF AMERICA
v.
Alejandro PEREZ

| Material Witness: Name | Country of Birth |
|---|---|
| Jin Bin ZHENG | CHINA |
| Xu Xian DONG | CHINA |
| Zeng Biao WANG | CHINA |
| Qiang Shou ZHENG | CHINA |
| Hua HE | CHINA |
| Wen Zhong LUI | CHINA |
| Chun Shan JIANG | CHINA |
| Li Jian JIANG | CHINA |
| Wei Hua ZHENG | CHINA |
| Feng YANG | CHINA |
| Wei WANG | CHINA |
| L.C (minor) | CHINA |
| Fei JIANG | CHINA |
| Yi Di XU | CHINA |
| Jin Hua LU | CHINA |
| An Ping CHEN | CHINA |
| Qu CHENYUN | CHINA |

Further, the complainant states that she believes said aliens are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

Executed on December 29, 2007 at approximately 03:30 P.M.

Izabel Figueroa, CBP
Enforcement Officer

On the basis of the facts presented in the probable cause statement consisting of seven pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on December 28, 2007 in the violation of Title 8, United States Code, § 1324.

HON. CATHY A. BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

12/29/07 @ 3:40 pm
Date and Time